Decided April 13, 2011

## STATE OF CONNECTICUT *v.* CHRISTOPHER E.

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 815 (AC 30359), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*Sarah Hanna,* assistant state's attorney, in opposition.

Decided April 13, 2011